**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 95-7200**

―――――――――――――

JAME' ABDULLAH KHALIQ,

Plaintiff - Appellant,

versus

PERCY JONES, Sergeant; FRANK MOSES, Correctional Officer; ANTHONY BROWN, Correctional Officer,

Defendants - Appellees.

―――――――――――――

**No. 95-7201**

―――――――――――――

JAME' ABDULLAH KHALIQ,

Plaintiff - Appellant,

versus

GERALDINE MIRO, Warden; MARY MILLER, Lieutenant; D. K. WASHINGTON, Lieutenant; V. MOLE, Sergeant; JAMES BROOKER, Correctional Officer; COLVIN MANER, Correctional Officer; DWAYNE WASHINGTON, Correctional Officer; E. JENKINS, Correctional Officer; TODD JONES, Correctional Officer; LIEUTENANT BEST; S. ALDRISH, Correctional Officer,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Charleston. Joseph F. Anderson, Jr., District Judge. (CA-94-2857-2-17AJ, CA-95-96-2-17AJ)

Submitted: January 18, 1996          Decided: February 1, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jame' Abdullah Khaliq, Appellant Pro Se. John Gregg McMaster, Jr., TOMPKINS & MCMASTER, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Khaliq v. Jones, No. CA-94-2857-2-17AJ; Khaliq v. Miro, No. CA-95-96-2-17AJ (D.S.C. June 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED